AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>DOWD, JR., DAVID D | **2. Court or Organization**<br><br>U.S. DISTRICT COURT, NDOH | **3. Date of Report**<br><br>04/02/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>UNITED STATES COURTHOUSE<br>TWO SOUTH MAIN STREET<br>AKRON, OHIO 44308 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | National Football Museum, Inc., Canton, Ohio Non-Profit Corporation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 10 A 11: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Annuity - Public Retirement System of Ohio Annuity | $ 30,462.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State Teacher's Retirement System (payable monthly) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. My IRS holdings follow: | | | | | | | | | |
| 2. EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 3. TIMKEN CO. | A | Dividend | J | T | | | | | |
| 4. FIRST MERIT | B | Dividend | K | T | | | | | |
| 5. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 6. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 7. NM Corporate Note 5.9% | A | Interest | J | T | | | | | |
| 8. Exelon | A | Dividend | J | T | | | | | |
| 9. Southern Corp. | A | Dividend | J | T | | | | | |
| 10. Telecom C N W Zlnd | A | Dividend | J | T | | | | | |
| 11. Colgate-Palmolive | A | Dividend | K | T | Buy | 10/09 | K | | |
| 12. Note - CD GMAC | A | Interest | K | T | Redeemed | 8/01 | K | | |
| 13. Caterpillar Fin. note | A | Interest | J | T | | | | | |
| 14. Bank of New York note | A | Interest | J | T | Buy | 2/27 | J | | |
| 15. General Electric note | A | Interest | J | T | Buy | 2/27 | J | | |
| 16. Marathon Oil Corporation note | A | Interest | K | T | Buy | 10/09 | K | | |
| 17. Nextel Communications Co. note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The following securities are held in my name: | | | | | | | | | |
| 19. SBC COMMUNICATIONS, nka AT&T | A | Dividend | J | T | | | | | |
| 20. FIRST ENERGY CORP - FNA OHIO EDISON | A | Dividend | J | T | | | | | |
| 21. TIMKEN | A | Dividend | J | T | | | | | |
| 22. AGL RESOURCES | A | Dividend | J | T | | | | | |
| 23. FIRST MERIT | B | Dividend | K | T | | | | | |
| 24. AMERICAN ELEC. POWER | A | Dividend | J | T | | | | | |
| 25. MICROSOFT CORP. | A | Dividend | J | T | Sell | 2/27 | J | A | |
| 26. NATIONAL CITY CORP. | A | Dividend | J | T | | | | | |
| 27. AMEREN CORP.. | A | Dividend | J | T | | | | | |
| 28. PROGRESS ENERGY CORP. | A | Dividend | J | T | | | | | |
| 29. Ohio State Dev. Auth. Bond 5.84% due 12/1/15. | A | Interest | J | T | | | | | |
| 30. Southern Corporation | B | Dividend | K | T | | | | | |
| 31. General Electric | A | Dividend | J | T | | | | | |
| 32. Miami Univ. of Ohio Bonds | A | Interest | J | T | | | | | |
| 33. Princeton Ohio City School Bonds | A | Interest | J | T | | | | | |
| 34. ██████ IRA holdings follow: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PROGRESS ENERGY | A | Dividend | J | T | | | | | |
| 36. EXXON-MOBIL | A | Dividend | K | T | | | | | |
| 37. FIRST MERIT | A | Dividend | J | T | | | | | |
| 38. TIMKEN CO. | A | Dividend | J | T | | | | | |
| 39. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 40. General Mills | A | Dividend | J | T | Buy | 11/28 | J | | |
| 41. Kellogg | A | Dividend | J | T | Buy | 11/28 | J | | |
| 42. Wal-Mart Store note | | Interest | J | T | Buy | 1/07 | J | | |
| 43. $10,000 U.S. Treasury Note | | Interest | J | T | Buy | 1/08 | J | | |
| 44. BANKAMERICA Corp. note due 8/1/07. | A | Interest | J | T | Redemption | 8/01 | J | A | |
| 45. Properties in the name of ▮▮▮▮. | | | | | | | | | |
| 46. Two-bedrm condo - Naples, FL - not rented | | None | M | T | | | | | |
| 47. 2 bedrm home in Massillon, OH-not rented | | None | L | T | | | | | |
| 48. Non-Dividend/Interest bearing security in my name | | | | | | | | | |
| 49. SHADY HOLLOW COUNTRY CLUB | | None | J | T | | | | | |
| 50. WILDERNESS COUNTRY CLUB | | None | K | T | | | | | |
| 51. Securities in the name of ▮▮▮ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ●=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  AMERICAN ELECTRIC POWER | A | Dividend | J | T | | | | | |
| 53.  First Merit Corp. | A | Dividend | J | T | | | | | |
| 54.  OH ST Water Development Authority Revenue | A | Interest | K | T | | | | | |
| 55.  Bonds paying 4.625% due 12/1/27 | | | | | | | | | |
| 56.  Akron OH Income Tax Revenue Bond paying 4.5% | A | Interest | J | T | | | | | |
| 57.  due 12/1/28 | | | | | | | | | |
| 58.  Toledo OH City School District Bonds paying | A | Interest | K | T | | | | | |
| 59.  4.625% due 12/1/32 | | | | | | | | | |
| 60.  AGL Resources | A | Dividend | J | T | | | | | |
| 61.  Duke Energy | A | Dividend | J | T | | | | | |
| 62.  Hamilton County Convention Center bonds | A | Interest | K | T | | | | | |
| 63.  Spectra *(split with Duke Energy) | A | Dividend | J | T | *Split | 1/02 | J | | |
| 64.  Citigroup | A | Dividend | J | T | Buy | 12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544